IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DANIEL ROBERT BERGE,<br><br>        Defendant. | **4:19CR3007**<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at his revocation hearing scheduled for August 18, 2023 at 9:30 a.m. before the Honorable John M. Gerrard, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing.

3) The defendant shall be released to Michaela Berge on June 28, 2023 as soon as possible.

June 28, 2023.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge